AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Columbia

William Dennis Goodwin
Linda Lee Goodwin

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:06CV01771

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10/16/2006

RECEIVED
JAN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Dennis Goodwin
Linda Lee Goodwin
Route 2 Box 48-1
Mansfield, Missouri 65704

an answer to the complaint which is served on you with this summons, within   60   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     OCT 16 2006

CLERK     DATE

(By) DEPUTY CLERK

RB 008227266 US

| Registered No. | Date Stamp |
|---|---|
| Reg. Fee | |
| Handling Charge | Return Receipt |
| Postage | Restricted Delivery |
| Received by: Matt W. | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance |

Jan 16, 2007

FROM: Dennis Goodwin
Rt. 2, Box 48-1
Mansfield, Missouri 65704

TO: Kenneth L. Wainstein
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia, 20530

PS Form 3806, May 2004 (7530-02-000-9051)
Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-16-07 |
| NAME OF SERVER (PRINT) Bill Gardin | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS Registered Mail # RB008227246US

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-16-07      _Bill Gardin_
             Date           Signature of Server

             D O Box 381  AVR MO 65801
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____ Columbia

William Dennis Goodwin
Linda Lee Goodwin

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:06CV01771

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10/16/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Dennis Goodwin
Linda Lee Goodwin
Route 2 Box 48-1
Mansfield, Missouri 65704

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        OCT 16 2006
_____          _____
CLERK                               DATE

_____
(By) DEPUTY CLERK

RB008227252US

| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee | | |
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by *Matt W.* | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

Jan 16, 2007

FROM:
Dennis Godwin
Rt. 2, Box 487
Mansfield, Missouri 65704

TO:
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-16-07 |
| NAME OF SERVER (PRINT) *Bill Carlin* | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS Registered Mail # RB 0082 7252 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-16-07        *signature*
                 Date                Signature of Server

                 1-16-07
                 Address of Server
                 PO Box 387 Ave NM 65620

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.