

RECEIVED

JAN 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court
### FOR THE DISTRICT OF COLUMBIA

William Dennis Goodwin, *et ux*

                           Case No. 1:06-cv-01771-RJL

        Plaintiff(s),

                           Jury Trial Demanded

v.

United States Government

        Defendant.

### Response to ORDER to Show Cause

COME(S) NOW William Dennis Goodwin, and Linda Lee Goodwin, responding to the Court's ORDER to Show Cause why this case shouldn't be dismissed for lack of prosecution.

Plaintiffs brought this Action *in propria persona*, and are not as familiar with the Rules of Court as they would prefer to be. Plaintiffs mistakenly believed that filing this action in a Court of the United States automatically made the United States aware of the action. The Court's ORDER to Show Cause has disabused Plaintiffs of this mistaken belief.

Plaintiffs understand, if they under stand correctly, that Courts of the D.C. Circuit have interpreted the Supreme Court's instruction in Haines v. Kerner, 404 U.S. 519, 520 (1972) that the complaint of a pro se plaintiff must be held to "less stringent standards

than formal pleadings drafted by lawyers," as encompassing all filings submitted by pro se litigants, and not just their pleadings. See, e.g. Richardson v. United States 193 F.3d 545, 548 (D.C.Cir.1999) (holding that "[c]ourts must construe pro se filings liberally") (citing Haines, 404 U.S. at 520); Voinche v. FBI, 412 F.Supp.2d 60, 70 (D.D.C.2006) (observing that "[t]his Court gives pro se parties the benefit of the doubt and may ignore some technical shortcomings of their filings" and applying the Haines rule to a plaintiff's summary judgment motion) (citing Haines, 404 U.S. at 520, 92 S.Ct. 594); Calloway v. Brownlee, 366 F.Supp.2d 43, 55 (D.D.C.2005) (Walton, J.) (holding that the Court "must take pains to protect the rights of pro se parties against the consequences of technical errors") (citing Haines, 404 U.S. at 520).

Plaintiffs have, since receiving the Court's ORDER to Show Cause, made service of the Summonses and Complaint(s) in this action, and respectfully request the Court hold them to the less stringent standards; construe this Response liberally; give us the benefit of the doubt and ignore or excuse our technical shortcomings; and protect us against the consequences of our technical error, by allowing this case, with service now made, to proceed.

Dated: 1-23- , 2007

William Dennis Goodwin

Linda Lee Goodwin

## JURAT

Sworn to and subscribed before the undersigned, a Notary Public for the State of Missouri, on the above inscribed date, by William Dennis Goodwin, Linda Lee Goodwin known to me to be the person(s) whose name(s) are subscribed to the within instrument.

Notary, State of Missouri

```
CASSIE TATE
Notary Public - Notary Seal
STATE OF MISSOURI
Douglas County
My Commission Expires Aug. 28, 2007
```

# AFFIDAVIT

Affiant, William Dennis Goodwin, Linda Lee Goodwin is of lawful age and competent to testify, after having been duly sworn, state as follows based upon affiant's own personal knowledge:

1. It is not now, nor has it ever been, affiant's intent to avoid paying any tax that affiant is legally liable to pay or that affiant lawfully owes.

2. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C §6201(a) by making an assessment of the taxes affiant allegedly owes;

3. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C §6202 by making an assessment of the taxes affiant allegedly owes within the time and mode set forth by the secretary;

4. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C. §6203 by recording an assessment of the taxes affiant allegedly owes;

5. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C. §6203 by furnishing affiant copies of records of assessment upon affiants request;

6. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C. §7214(a) by not attempting and continuing to attempt to collect sums greater than appear on records of assessment;

7. Affiant is not in possession of any document which verifies that affiant owes a "tax" to the United States Treasury.

8. Affiant is not in possession of any document which verifies that the defendant has complied with all collection procedures required by the IRS Code and its regulations.

9. Affiant is not in possession of any document which identifies the authority of the IRS to substitute any other document or form for a Form 23-C (Summary Record of Assessment).

10. Affiant is not in possession of any document which establishes that defendants' agency is willing to reconsider the position it has taken in the voluminous correspondence affiant has received from defendant's agency.

11. Affiant has diligently and repeatedly sought to remedy this situation with the IRS.

12.  The IRS has ignored, dismissed or trivialized any attempt to discuss an amicable settlement.

13.  Affiant has commenced this action within two (2) years after the date on which the right of this action accrued.

14  Affiant believes there is no possible way that the United States can answer any of the claims made in this pleading.

Dated: _____ 1 - 22 _____, 2006

_William Dennis Goodwin_
William Dennis Goodwin

_Linda Lee Goodwin_
Linda Lee Goodwin

## Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Missouri, personally appeared, William Dennis Goodwin, Linda Lee Goodwin known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same as his/her/their free act and deed.

_____
Notary, State of Missouri

CASSIE TATE
Notary Public - Notary Seal
STATE OF MISSOURI
Douglas County
My Commission Expires Aug. 28, 2007