IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM DENNIS GOODWIN, )
LINDA LEE GOODWIN, )
      Plaintiffs, )  Case No. 1:06CV01771
)
v. )
)
UNITED STATES, )
)
      Defendant. )

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:    March 15, 2007.

          Respectfully submitted,

          /s/ Beatriz T. Saiz
          BEATRIZ T. SAIZ
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 227
          Washington, D.C.  20044
          Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on March 15, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>William Dennis Goodwin
>Linda Lee Goodwin
>Route 2 Box 48-1
>Mansfield, Missouri 65704

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ