UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM DENNIS GOODWIN & LINDA LEE GOODWIN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Case No. 06-1771 (RJL) ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 31st day of May, 2007, hereby

**ORDERED** that defendant's Motion to Dismiss [#6] is GRANTED and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge